**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| GLEN RUSE | : | No. 65 WAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (VALLEY MEDICAL FACILITIES | : | |
| SEWICKLEY) | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: VALLEY MEDICAL | : | |
| FACILITIES SEWICKLEY | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.